Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: rgordon@swlaw.com
kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Home Mortgage, Inc.*

Snell & Wilmer L.L.P. LAW OFFICES 3883 HOWARD HUGHES PARKWAY, SUITE 1100 LAS VEGAS, NEVADA 89169 (702)784-5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RAYNALDO J. SALVADOR,

Plaintiff,

vs.

CAPITAL ONE AUTO FINANCE., WELLS FARGO HOME MORTGAGE, INC., and EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

CASE NO. 2:15-cv-00862-APG-PAL

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

**(FIRST REQUEST)**

Plaintiff Raynaldo Salvador ("Plaintiff") and Defendant Wells Fargo Home Mortgage, Inc. ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, on May 7, 2015, Plaintiff filed his Complaint;

WHEREAS, Wells Fargo filed a Waiver of Service of Summons on June 8, 2015, making the time to respond on July 6, 2015;

WHEREAS, the Parties agreed to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before August 6, 2015.

**IT IS SO STIPULATED.**

DATED this 2nd day of July, 2015.

By: /s/ Danny J. Horen
Danny J. Horen, Esq.
Nevada Bar No. 13153
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Tel: (702) 485-3300

David H. Krieger
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Henderson, NV 89123
Tel: (702) 880-5554

*Attorneys for Plaintiff*

DATED this 2nd day of July, 2015.

SNELL & WILMER L.L.P.

By: /s/ Richard C. Gordon
Richard C. Gordon, Esq.
Nevada Bar No. 9036
Karl O. Riley, Esq.
Nevada Bar No. 12077
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Tel: (702) 784-5200
*Attorneys for Defendant Wells Fargo Home Mortgage, Inc.*

**ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before August 6, 2015.

**IT IS SO ORDERED.**

DATED: July 6, 2015.

UNITED STATES DISTRICT JUDGE

22000251

Snell & Wilmer L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200