David H. Krieger, Esq.
NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
RAYNALDO J. SALVADOR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYNALDO J. SALVADOR,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE, INC., WELLS FARGO HOME MORTGAGE and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:15-cv-00862-APG-PAL<br><br>*Assigned to Judge Andrew P. Gordon; Referred to Magistrate Judge Peggy A. Leen*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  May 7, 2015<br>Trial Date:        TBA<br><br>**ORDER** |

1
STIPULATION OF DISMISSAL

## STIPULATION

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendant Capital One Auto Finance, a Division of Capital One, N.A., erroneously named in this action as Capital One Auto Finance, Inc. ("Capital One"), be dismissed from this action with prejudice, with Plaintiff Raynaldo J. Salvador and Capital One to bear their own fees and costs.

DATED: August 17, 2015               FERNALD LAW GROUP LLP


                                     By: Brandon C. Fernald
                                         BRANDON C. FERNALD
                                     Attorneys for Defendant,
                                     CAPITAL ONE BANK (USA), N.A.


DATED: August 17, 2015               HAINES & KRIEGER, LLC


                                     By: David Krieger
                                         DAVID H. KRIEGER, ESQ.
                                     Attorneys for Plaintiff,
                                     **RAYNALDO J. SALVADOR**


DATED: August 17, 2015               SNELL & WILMER L.L.P.


                                     By:     Karl Riley
                                         KARL O'RILEY
                                     Attorneys for Defendant,
                                     WELLS FARGO HOME MORTGAGE, INC.

## ORDER

**IT IS SO ORDERED.**

Dated: September 8, 2015.

_____
UNITED STATES DISTRICT JUDGE