UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REYNALDO J. SALVADOR<br><br>Plaintiff,<br><br>v.<br><br>CAPTIAL ONE AUTO FINANCE, INC., et al.<br><br>Defendants. | Case No. 2:15-cv-00862-APG-PAL<br><br>ORDER |

Before the court is the Status Report Re: Settlement between Plaintiff and Equifax Information Services (Dkt. #21) filed September 15, 2015. The parties advise that the dispute between Plaintiff Reynaldo J. Salvador and Defendant Equifax Information Services, LLC has been resolved, and they anticipate dismissal documents being filed no later than November 16, 2015. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services shall have until **November 16, 2015,** to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 21st day of September, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE