Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523 danny@kazlg.com

David H. Krieger, Esq. NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYNALDO J. SALVADOR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC, et al.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-00862-APG-PAL<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

ECIS-Brown-Answer                                -1-

NOW COMES Plaintiff, Raynaldo J. Salvador, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss with prejudice the above-referenced action against Defendant, Equifax Information Services LLC, only, who has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear its own fees and costs.

Respectfully submitted this 23rd day of September, 2015.

Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523 danny@kazlg.com

David H. Krieger, Esq. NV Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

Dated: September 24, 2015.

UNITED STATES DISTRICT JUDGE

ECIS-Brown-Answer                                   -2-