# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RAYNALDO SALVADOR and JOVITA SALVADOR,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE AUTO FINANCE, INC., *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00862-APG-PAL<br><br>(Consolidated with 2:15-cv01200-APG-NJK)<br><br>**ORDER VACATING HEARING, STAYING DEADLINES, SETTING DATE FOR FILING DISMISSAL DOCUMENTS, AND DENYING PENDING MOTION AS MOOT**<br><br>(ECF No. 22) |

In light of the notice of settlement (ECF No. 49),

IT IS ORDERED that the hearing set for Monday, April 18, 2016 is vacated.

IT IS FURTHER ORDERED that all pending dates, deadlines, and filing requirements are vacated.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before June 15, 2016.

IT IS FURTHER ORDERED that defendant Wells Fargo Home Mortgage, Inc.'s motion to dismiss **(ECF No. 22) is DENIED without prejudice as moot**.

DATED this 14th day of April, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE