1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAYNALDO J. SALVADOR, et al., | Case No. 2:15-cv-00862-APG-PAL |
| Plaintiffs, | ORDER |
| v. | |
| CAPITAL ONE AUTO FINANCE, et al. | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiffs and Defendant Wells Fargo Home Mortgage, Inc. (Dkt. #49).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiffs and Defendant Wells Fargo Home Mortgage, Inc. shall have until **June 13, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 18th day of April, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE